|  |  |
|---|---|
| Obaidullah Rahimi, | No. CV 07-1732 PHX-NVW (ECV) |
| Petitioner, | **ORDER** |
| vs. |  |
| Katrina Kane, et al., |  |
| Respondents. |  |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Before the court is Petitioner's Petition for Writ of Habeas Corpus (doc. #1). On October 17, 2008, United States Magistrate Judge Edward C. Voss issued a Report and Recommendation ("R & R") (doc. # 125) in accordance with 28 U.S.C. § 636(b)(1)(B). The R & R recommended that the petition be dismissed as moot. No objections were filed.

The court has reviewed the R & R and agrees with the magistrate judge's determinations. Accordingly, the court will accept the R & R and dismiss the Petition for Writ of Habeas Corpus. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge").

IT IS THEREFORE ORDERED accepting the Report and Recommendation of Magistrate Judge Voss (doc. #25).

/ / /

1    IT IS FURTHER ORDERED that Clerk of the Court enter judgment dismissing
2 Petitioner's Petition for Writ of Habeas Corpus (doc. #1) as moot. The Clerk shall terminate
3 this action.

   DATED this 4th day of November, 2008.

_____
Neil V. Wake
United States District Judge